IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

                              CASE NO. 10-11153 SEK

EDUARDO  VILLEGAS MORENO          Chapter 13

MARIA E QUINONES CORCINO


XXX-XX-9086

XXX-XX-1704

                               **FILED & ENTERED ON 07/05/2011**

              Debtor(s)

ORDER

    BPPR's motion for extension of time to respond to the objection of cliam
    filed on 07/03/2011 (Docket No. 51) is GRANTED.

    SO ORDERED.

    In San Juan, Puerto Rico, this July 05, 2011.


                             Sara E. De Jesus Kellogg
                             U.S. Bankruptcy Judge




c:  DEBTOR (S)
    MARILYN  VALDES ORTEGA
    ALEJANDRO  OLIVERAS RIVERA
    BPPR