IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EDUARDO VILLEGAS MORENO
MARIA E QUINONES CORCINO

DEBTOR(S)

CASE NO.  10-11153-SEK

CHAPTER 13

# NOTICE OF WITHDRAWAL
# OBJECTION TO CLAIM DOCKET (50)

**TO THE HONORABLE COURT:**

Comes now Alejandro Oliveras Rivera, Chapter 13 Trustee and very respectfully states and prays:

1. In the present case, the Trustee filed a/an Objection to Claim (docket#50) on 06/01/2011.

2. Trustee hereby withdraws the above mentioned document.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants as per the attached certificate of service.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 7/13/2011.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521

| 10-11153-SEK | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

BANCO POPULAR DE PR
MORTGAGE SERVICING DIV (762)
PO BOX 362708
SAN JUAN, PR 00936-2708

BANCO POPULAR DE P.R. MORTGAGE DIV.
C/O CARDONA-JIMENEZ LAW OFFICES
PO BOX 9023593
SAN JUAN, PR 00902-3593

EDUARDO VILLEGAS MORENO and MARIA E QUINONES CORCINO
PO BOX 20306
SAN JUAN, PR 00928

MARILYN VALDES ORTEGA*
PO BOX 195596
SAN JUAN, PR 00919-5596

DATED: July 13, 2011

/S/ MARIO MATOS
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1   - CASE NO.   10-11153-SEK