# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

EDUARDO VILLEGAS MORENO
MARIA E. QUIÑONES CORCINO

    Debtor(s)

----------------------------------------

BPPR as servicing agent of Popular Mortgage

    Movant

Vs.

EDUARDO VILLEGAS MORENO
MARIA E. QUIÑONES CORCINO
and ALEJANDRO OLIVERAS RIVERA
as DEBTOR(S) TRUSTEE

    Respondent(s)

CASE NO. 10-11153 MCF

CHAPTER 13

(X) of acts against property
under 11 USC § 362 (d) (1)
"CAUSE"

## NOTICE ON MOTION FOR RELIEF OF STAY UNDER 11 USC § 362

TO THE ABOVE NAMED RESPONDENT(S), EDUARDO VILLEGAS MORENO, MARIA E. QUIÑONES CORCINO and ALEJANDRO OLIVERAS RIVERA:

You are hereby notified that on __OCT 13 2011__ the above movant filed the enclosed Motion seeking relief from the automatic stay of 11 USC § 362.

(Service of the motion and notice shall be made within three (3) days after issuance of the notice. A certificate of service must be filed forthwith, but not later than seven (7) days after service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance).

You must file an answer to the motion within **fourteen (14) days** from the service of this notice, and serve such answer upon movant or his attorney, **CARDONA-JIMENEZ LAW OFFICE**, whose address is PO Box 9023593 San Juan, PR 00902-3593, Tels: (787) 724-1303, Fax No. (787) 724-1369.

    **IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is file, then __NOV 0 9 2011__, at __9:00 am__ at the United States Bankruptcy Court, COURTHOUSE BUILDING, 300 RECINTO SUR, __3__ FLOOR COURTROOM __3__ SAN JUAN PR,, is fixed as the time and place for the hearing on such motion.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of Court

By: _____

Issued: